UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

STEVEN DIGSBY,

               Defendant.

**ORDER**

21 Cr. 145 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The bail review hearing in this matter scheduled for October 22, 2021 is adjourned to **October 26, 2021 at 12:00 p.m.** The hearing will take place in Courtroom 705 of the U.S. Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       October 20, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge