**SABRINA P. SHROFF**
ATTORNEY AT LAW

80 BROAD STREET
NEW YORK, NEW YORK 10004
TEL: (646) 763-1490

November 5, 2021

By ECF

Hon. Paul G. Gardephe
Judge, United States District Court
  For the Southern District Of New York
40 Foley Square
New York, New York 10007

Re: <u>United States v. Digsby</u>, Crim. Dkt. 21 Cr. 145 (PGG)

Hon. Judge Gardephe:

    With no objection from the government, I write to seek a re-scheduling of the November 8, 2021, at any time prior to currently scheduled 2:00 p.m. appearance. I am told by the Court's chambers that the court has availability to hear us on November 8, 2021 at 11:00 a.m. Should this be inconvenient, I am also available to appear in the morning of November 9, 2021, or any date thereafter this week.

    I apologize for the inconvenience; another court has a matter (with an in-defendant and several counsel) scheduled for about the same (3: 00 p.m.) time.

    Thank you.

Respectfully submitted,

/s/SPS
Sabrina P. Shroff
Counsel to Steven Digsby

cc: All parties

**Memo Endorsed:** The application is granted. The bail review hearing will take place on November 8, 2021 at 11:00 a.m. in Courtroom 705 of the U.S. Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge
Dated: November 5, 2021