UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

STEVEN DIGSBY,

                Defendant.

**ORDER**

21 Cr. 145 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Upon application of the Government, and for the reasons stated on the record at today's hearing, Defendant Steven Digsby is remanded pending sentencing.

Dated: New York, New York
       November 8, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge