**SABRINA P. SHROFF**
ATTORNEY AT LAW

80 BROAD STREET
NEW YORK, NEW YORK 10004
TEL: (646) 763-1490

March 31, 2021

By ECF

Hon. Paul G. Gardephe
Judge, United States District Court
 For the Southern District Of New York
40 Foley Square
New York, New York 10007

Re:  United States v. Digsby, Crim. Dkt. 21 Cr. 145 (PGG)

Hon. Judge Gardephe:

      With consent of the government, I write to seek a 45-day adjournment of the April 15, 2022, sentencing date. I need additional time to properly prepare for sentence. I apologize for the inconvenience and ask that sentencing be set for a date in June 2022.

      I thank the Court for its time and consideration.

                             Respectfully submitted,

                             /s/SPS
                             Sabrina P. Shroff
                             Counsel to Steven Digsby

cc: Steven Digsby

**Memo Endorsed:**  The sentencing of Defendant Steven Digsby is adjourned to June 1, 2022 at 3:00 p.m. in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York. Any sentencing submissions on behalf of Defendant are due by May 11, 2022.  The Government's sentencing submission is due by May 18, 2022.

SO ORDERED.

*[signature: Paul G. Gardephe]*

Paul G. Gardephe
United States District Judge
Dated:  April 4, 2022